**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 543 EAL 2017

                Respondent        :

                                    :   Petition for Allowance of Appeal from

                                    :   the Order of the Superior Court

              v.                  :

                                    :

YASSIR GAYLE,                     :

                                    :

                Petitioner          :

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of April, 2018, the Petition for Allowance of Appeal is **DENIED**.